UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA LEE,

              Plaintiff,

-against-                          1:23-CV-11322 (LTS)

N.Y.C.H.A. NEW YORK CITY HOUSING      ORDER
AUTHORITY,

              Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated February 5, 2024, and entered the next day, the Court dismissed this *pro se* action, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 5.) On March 1, 2024, Plaintiff filed a letter, which was entered on March 6, 2024, in which she requests an extension of time to comply with the Court's February 5, 2024 order. (ECF 6.) The Court grants Plaintiff's request. The Court grants Plaintiff an additional 30 days from the date of this order to comply with the Court's February 5, 2024 order.

      If Plaintiff fails to comply with the Court's February 5, 2024 order within 30 days of the date of this order, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's February 5, 2024 order.

SO ORDERED.

Dated:  March 6, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                      Chief United States District Judge