UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA LEE,

                Plaintiff,

-against-                        1:23-CV-11322 (LTS)

N.Y.C.H.A. NEW YORK CITY HOUSING         ORDER
AUTHORITY,

                Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated February 5, 2024, and entered the next day, the Court dismissed this *pro se* action, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 5.) On March 1, 2024, Plaintiff filed a letter, which was entered on March 6, 2024, in which she requested an extension of time to comply with the Court's February 5, 2024 order. (ECF 6.) In an order dated March 6, 2024, and entered two days later, on March 8, 2024, the Court granted Plaintiff's request; the Court granted Plaintiff an additional 30 days from the date of that order to comply with the Court's February 5, 2024 order. (ECF 7.) On April 5, 2024, Plaintiff filed another letter that was entered on April 9, 2024, requesting another extension of time to comply with the Court's February 5, 2024 order. (ECF 10.) The Court grants Plaintiff's latest request; the Court grants Plaintiff an additional 30 days from the date of this order to comply with the Court's February 5, 2024 order. The Court warns Plaintiff, however, that ***no further extensions of time will be granted.***

2

  If Plaintiff fails to comply with the Court's February 5, 2024 order within 30 days of the date of this order, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's February 5, 2024 order.

SO ORDERED.

 Dated: April 11, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge